IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| BRIAN HERZIG AND<br>NEAL MARTIN<br>**PLAINTIFFS** | JUDGE:   P. K. HOLMES, III |
| | COURT REPORTER:   RICK CONGDON |
| ATTORNEY FOR PLAINTIFFS:<br>     ABTIN MEHDIZADEGAN | COURT CLERK:   JANE ANN SHORT |
| | CASE NO. 2:18-CV-2101 |
| ARKANSAS FOUNDATION FOR<br>MEDICAL CARE, INC.<br>**DEFENDANT** | |
| ATTORNEY FOR DEFENDANT:<br>     MICHAEL JONES | |

**MOTION HEARING MINUTES**

| **TIME** | **MINUTES** |
|---|---|
| 9:57 am | Court convenes<br>Oral argument on behalf of defendant by counsel<br>Oral argument on behalf of plaintiffs by counsel<br>Court takes under advisement<br>An amended scheduling order will be entered by the court with a new trial date |
| 11:03 am | Adjourn |