UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRIAN HERZIG and NEAL MARTIN                                              PLAINTIFFS

v.                              No. 2:18-CV-02101

ARKANSAS FOUNDATION FOR
MEDICAL CARE, INC.                                                         DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 3rd day of July, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE